| | | |
|---|---|---|
| | **United States District Court**<br>**Middle District of Tennessee** | **RECEIVED**<br>DEC 1 3 2007 |
| Ann Frantz<br>*Operations Manager* | Office of the Clerk<br>800 United States Courthouse<br>Nashville, Tennessee 37203<br>(615) 736-2364 | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

November 19, 2007

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA 07-1775 RJL

In Re: MDL 1760 In Re Aredia and Zometa Products Liability Litigation
Conditional Transfer Order 52

Dear Clerk of Court:

Enclosed please find four certified copies of CTO 52 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee.

The new case numbers are listed on the orders. **Please transmit your records via the ECF District Transfer method to the Middle District of Tennessee.** If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to ann_g_frantz@tnmd.uscourts.gov.

If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures